UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHRISTINE FYE, and MARIA BONILLA, on behalf of
themselves and others similarly situated,

                Plaintiffs,

    - against -

EBRU JEWELRY CORP., d/b/a BACKWOODS,
GOKSEN ELKAS, MARIA GARCIA, JOHN REUSCH,
and DARREN WERNICK,

                Defendants.
----------------------------------------------------------------x

No. 11 Civ. 3901 (WHP)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/11

It is hereby stipulated and agreed by and between the undersigned counsel to the parties in this action, as follows:

1. Defendants' time to answer, plead, or otherwise move to respond to Plaintiffs' Complaint shall be and hereby is extended until August 19, 2011.

2. This Stipulation and order may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an original, and all of the counterparts collectively shall be deemed a single document.

LAW OFFICE OF ALEX J. RU, PLLC

BY: _____
Alex J. Ru
401 Broadway, Suite 1603
New York, NY 10013
(212) 625-8288
alexjru@attorneyru.com
*Attorney for Plaintiffs*

DATED: 7/28/11

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

BY: _____
Andrew W. Singer
900 Third Avenue
New York, NY 10022
(212) 508-6700
singer@thsh.com
*Attorneys for Defendants*

DATED: 7/28/11

SO ORDERED:

_____  8/3/11
Hon. William H. Pauley, U.S.D.J.