# LAW OFFICE OF ALEX J RU PLLC

401 Broadway, Suite 1603
New York, NY 10013
T: (212) 625-8288
F: (646) 530-8788
www.attorneyru.com
alexjru@attorneyru.com

RECEIVED
SEP 9 2011
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

September 8, 2011

Honorable William H. Pauley III.
U.S. District Court
Southern District of New York
500 Pearl Street
Room 2210
Courtroom 11D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/11

**Re: Christine Fye v. Ebru Jewelry Corp., Docket No.: 11-CV-03901-WHP**

Dear Hon. William H. Pauley III.:

Please grant an adjournment for the pretrial conference, scheduled for September 16, 2011 at 11:30 am. The reason for the adjournment is due to a scheduling conflict for another hearing on that same day. The defendant's counsel has consented to the adjournment. Both parties are available at any time on September 30, 2011.

*Application granted. The initial conference is adjourned to October 14, 2011 at 10:15 a.m.*

Alex J. Ru (AR 3970)
Attorney for Plaintiffs
401 Broadway, Suite 1603
T: (212) 625-8288
F: (646) 530-8788
E: alexjru@attorneyru.com

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
9/9/11

CC:  Andrew W. Singer
     Attorney for Defendents
     900 Third Ave
     New York, NY 10022
     (212)508-6700
     singer@thsh.com