UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
CHRISTINE FYE, and MARIA      :
BONILLA, on behalf of themselves and   :   11 Civ. 3901 (WHP)
others similarly situated,    :
                              :   SCHEDULING ORDER
            Plaintiffs,       :
                              :
    -against-                 :
                              :
EBRU JEWELRY CORP., d/b/a     :
BACKWOODS, GOKSEN ELKAS,      :
MARIA GARCIA, JOHN REUSCH, and :
DARREN WERNICK                :
                              :
            Defendant.        :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/11

WILLIAM H. PAULEY III, District Judge:

    The parties having appeared for an initial pretrial conference on October 14, 2011, the following schedule is entered on consent.

    1. Discovery shall close on February 17, 2012;

    2. The parties are directed to submit a joint pretrial order on March 23, 2012; and

    3. A final pretrial conference will be held on April 20, 2012 at 10:00 a.m.

Dated: October 14, 2011
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

-1-

*Counsel of Record:*

Alex J. Ru, Esq.
Law Office of Alex J. Ru, PLLC
401 Broadway, Suite 1603
New York, NY 10013
*Counsel for Plaintiff*

Andrew W. Singer, Esq.
Tannenbaum, Helpern, Syracuse
 & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
*Counsel for Defendants*