UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
CHRISTINE FYE AND MARIA  :
BONILLA, on behalf of themselves and
others similarly situated,  :  11 Civ. 3901 (WHP)

                         :  ORDER
             Plaintiffs,

       -against-  :

EBRU JEWELRY CORP., d/b/a
BACKWOODS, GOKSEN ELKAS,  :
MARIA GARCIA, JOHN REUSCH, and
DARREN WERNICK,

            Defendants.  :
------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/11
```

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositve Motion/Dispute*

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__X__ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:____

===================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: October 14, 2011
       New York, New York

                                         UNITED STATES DISTRICT JUDGE
                                         WILLIAM H. PAULEY III

Magistrate Judge Katz

*Counsel of Record:*

Alex J. Ru, Esq.
Law Office of Alex J. Ru, PLLC
401 Broadway, Suite 1603
New York, NY 10013
*Counsel for Plaintiffs*

Andrew W. Singer, Esq.
Tannenbaum, Helpern, Syracuse
   & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
*Counsel for Defendants*