UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHRISTINE FYE, and MARIA BONILLA, on behalf :
of themselves and others similarly situated, :
: 
                                          Plaintiffs, : 11 Civ. 3901 (WHP)
:
                    - against - : **JOINT DISCOVERY PLAN**
: **REPORT PURSUANT TO**
EBRU JEWELRY CORP. d/b/a BACKWOODS, : **FED. R. CIV. P. 26(f)**
GOKSEN ELKAS, MARIA GARCIA, JOHN :
REUSCH, and DARREN WERNICK, :
:
                                          Defendants. :
------------------------------------------------------------------ x

       Pursuant to the Scheduling Order issued by the Court on October 14, 2011, the parties submit the following report outlining their discovery plan in accordance with Fed. R. Civ. P. 26(f):

       A.     The parties have agreed to exchange the initial disclosure required by Fed. R. Civ. P. 26(a)(1) on or before one week after the close of mediation with Magistrate Judge Katz. The parties do not otherwise request changes in the timing, form, or requirements of said disclosures.

       B.     The parties do not believe there is a need for discovery to be focused upon particular subjects or issues or to be conducted in phases. The parties have agreed, and the Court has ordered, that discovery shall close on February 17, 2012.

       C.     The parties have agreed to produce discovery electronically where original documents already exist in electronic form. Depending on what sources of electronic data become relevant, the parties will continue to discuss how best to produce them. At this point, the parties do not anticipate that this will be a point of contention. Documents kept by the parties in hard-copy form shall be produced in hard-copy form.

       D.     At this time the parties do not believe that their will be any issues about claims of privilege or of protection as trial-preparation materials.

[948835-1]

E. The parties do not believe there is a need to make changes in the limitations on discovery imposed under the Fed. R. Civ. P. or the Local Rules of the Court.

F. At this time, the parties do not request that the Court issue any orders under Fed. R. Civ. P. 16(b), 16(c), or 26(c).

Dated: New York, New York
October 19, 2011

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By: /S/ Andrew W. Singer
Andrew W. Singer
Matthew J. Sinkman
900 Third Avenue
New York, New York 10022
(212) 508-6700
Singer@thsh.com
*Attorneys for Defendants*

LAW OFFICE OF ALEX J. RU, PLLC

By: /S/ Alex J. Ru
Alex J. Ru
401 Broadway, Suite 1603
New York, NY 10013
(212) 625-8288
alexjru@attorneyru.com
*Attorney for Plaintiffs*

[948835-1]