```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTINE FYE, et al.,              :
                                    :
                    Plaintiff,      :       11 Civ. 3901(WHP)(THK)
                                    :
        -against-                   :
                                    :       SETTLEMENT
                                    :       CONFERENCE ORDER
EBRU JEWELRY CORP., et al.          :
                    Defendant.      :
------------------------------------X
```

**THEODORE H. KATZ, United States Magistrate Judge.**

This action has been referred to Magistrate Judge Theodore H. Katz for settlement purposes.

A settlement conference will be held on December 7, 2011 at 10:00 a.m., in Courtroom 17D, at the U.S. District Court, 500 Pearl Street. All parties should discuss settlement prior to the conference date and be prepared and authorized to settle the action at the conference. The parties and their counsel should be present at the conference. If the parties believe that an earlier conference would be useful, do not hesitate to contact my chambers.

No requests for adjournment will be considered unless made at least three business days before the scheduled conference and only after the parties have consulted with each other. The request must be put in writing.

SO ORDERED.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated:  October 28, 2011
        New York, New York