**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

Writer's Direct Dial: (212) 508-6723
Writer's Direct Fax: (212) 937-5261
E-mail: Singer@thsh.com

November 14, 2011

**VIA FEDEX**
Magistrate Judge Katz
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fye, et al. v. Ebru Jewelry Corp., et al.*, 11 Civ. 3901 (WHP) (THK)

Dear Magistrate Katz:

I am counsel to Defendants in this case and am writing to request an adjournment of the mediation session currently scheduled for December 7th because I will be unavailable that day. No prior requests have been made and Plaintiffs have consented to this request. The parties are available December 8th, 13th, and 14th.

Thank you for your time and attention to this matter.

Sincerely,

Andrew W. Singer

*The conference is adjourned to December 8, 2011 at 10:00 A.M.*

11/15/11  **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Alex J. Ru (via FedEx and email)
    *Counsel for Plaintiffs*